Andrew B. Downs
Nevada Bar No. 8052
E-mail:andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Darren T. Brenner
Nevada Bar No. 8386
E-Mail: dbrenner@wrightlegal.net
WRIGHT, FINLAY & ZAK LLP
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone: 702.475.7964
Facsimile: 702.946.1345

Attorneys for Defendants Sentinel Insurance Company, Ltd., Hartford Insurance Company of Illinois, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, and Hartford Accident & Indemnity Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MA & ASSOCIATES, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; HARTFORD INSURANCE COMPANY OF ILLINOIS, an Illinois corporation; HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, a Connecticut corporation; HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut corporation; HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana corporation; HARTFORD CASUALTY | Case No.: 2:21-cv-01949-APG-BNW<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING TIME TO ANSWER COMPLAINT BY 10 DAYS**<br><br>Current Deadline: October 29, 2021<br>Proposed Deadline: November 8, 2021 |

INSURANCE COMPANY, an Indiana corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; HARTFORD ACCIDENT & INDEMNITY COMPANY, a Connecticut corporation; DOE INDIVIDUALS 1 through 50, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,

Defendants.

Plaintiff MA & Associates, LLC and defendants Sentinel Insurance Company, Ltd., Hartford Insurance Company of Illinois, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, and Hartford Accident & Indemnity Company stipulate as follows:

1. Defendants' responses to the First Amended Complaint are presently due October 29, 2021 by operation of F.R.Civ.P. 81(c).

2. The parties stipulate that defendants may have a ten day extension of time to answer the Complaint to and including November 8, 2021.

DATED: October 27, 2021

**Order**

Before the Court is a stipulation by the parties to extend the time to respond to the complaint. ECF No. 6. Under the Local Rules, "A motion or stipulation to extend time must state the reasons for the extension requested." LR IA 6-1(a). Here, the parties offer no reason for the requested extension. Therefore, IT IS ORDERED that the parties' stipulation (ECF No. 6) is DENIED without prejudice. The parties may re-file their stipulation if it conforms to the Local Rules.

BULLIVANT HOUSER BAILEY PC

By /s/ Andrew B. Downs
Andrew B. Downs
Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants Sentinel Insurance Company, Ltd., Hartford Insurance Company of Illinois, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, and Hartford Accident & Indemnity Company

**IT IS SO ORDERED**
**DATED:** 4:00 pm, October 28, 2021



**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

– 2 –

DATED: October 27, 2021

BENDAVID LAW

By <u>/s/ Jeffrey A. Bendavid* (*ABD with auth.)</u>
Jeffrey A. Bendavid
Nevada Bar No. 6220
Stephanie J. Smith
Nevada Bar No. 11280
7301 Peak Dr., Suite 150
Las Vegas, NV 89128
Telephone: 702.385.6114

Attorneys for Plaintiff MA & Associates, LLC

4886-9154-2529.2

\*\*\*\*\*

**Bullivant|Houser|Bailey PC**
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

– 3 –