Andrew B. Downs
Nevada Bar No. 8052
E-mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Darren T. Brenner
Nevada Bar No. 8386
E-Mail: dbrenner@wrightlegal.net
WRIGHT, FINLAY & ZAK LLP
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone: 702.475.7964
Facsimile: 702.946.1345

Attorneys for Defendants Sentinel Insurance Company, Ltd., Hartford Insurance Company of Illinois, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, and Hartford Accident & Indemnity Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MA & ASSOCIATES, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; HARTFORD INSURANCE COMPANY OF ILLINOIS, an Illinois corporation; HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, a Connecticut corporation; HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut corporation; HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana corporation; HARTFORD CASUALTY | Case No.: 2:21-cv-01949-APG-BNW<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING TIME TO ANSWER COMPLAINT BY 10 DAYS**<br><br>Current Deadline: October 29, 2021<br>Proposed Deadline: November 8, 2021 |

|   |   |
|---|---|
| 1 | INSURANCE COMPANY, an Indiana corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; HARTFORD ACCIDENT & INDEMNITY COMPANY, a Connecticut corporation; DOE INDIVIDUALS 1 through 50, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

Plaintiff MA & Associates, LLC and defendants Sentinel Insurance Company, Ltd., Hartford Insurance Company of Illinois, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, and Hartford Accident & Indemnity Company stipulate as follows:

1. Defendants' responses to the First Amended Complaint are presently due October 29, 2021 by operation of F.R.Civ.P. 81(c).

2. The parties stipulate that defendants may have a ten day extension of time to answer the Complaint to and including November 8, 2021.

3. This extension is sought because counsel for defendants needs a small amount of additional time to prepare the answers and to give his client contact sufficient time to review those answers. The Complaint is quite detailed, with 124 separate paragraphs of allegations and defense counsel represents eight separate defendants.

**Order**

**IT IS SO ORDERED**

**DATED:** 1:01 pm, November 01, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

– 2 –

DATED: October 29, 2021

                              BULLIVANT HOUSER BAILEY PC

                              By  */s/ Andrew B. Downs*
                                    Andrew B. Downs
                                    Nevada Bar No. 8052
                                    101 Montgomery Street, Suite 2600
                                    San Francisco, CA 94104
                                    Telephone: 415.352.2700
                                    Facsimile: 415.352.2701

Attorneys for Defendants Sentinel Insurance Company, Ltd., Hartford Insurance Company of Illinois, Hartford Insurance Company of the Southeast, Hartford Underwriters Insurance Company, Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, and Hartford Accident & Indemnity Company

DATED: October 29, 2021

                              BENDAVID LAW

                              By  */s/ Jeffrey A. Bendavid\* (\*ABD with auth.)*
                                    Jeffrey A. Bendavid
                                    Nevada Bar No. 6220
                                    Stephanie J. Smith
                                    Nevada Bar No. 11280
                                    7301 Peak Dr., Suite 150
                                    Las Vegas, NV 89128
                                    Telephone: 702.385.6114

Attorneys for Plaintiff MA & Associates, LLC

4886-9154-2529.3